# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**HENRY WILSON**                                                                                      **PLAINTIFF**

**V.**                                                         **CAUSE NO. 3:17-CV-512-CWR-LRA**

**MEGAN J. BRENNAN,**                                                 **DEFENDANT**
*Postmaster General.*

## ORDER

Henry Wilson has brought federal claims against Megan Brennan that allege age- and sex-based discrimination. Brennan has moved to dismiss all Wilsons's claims except for his Title VII claim, arguing that Title VII is the exclusive remedy for the wrongs alleged. Wilson concurs. The Court therefore GRANTS Brennan's motion to dismiss. Parties shall contact the chambers of the magistrate judge for entry of a case management order.

**SO ORDERED**, this the 1st day of December, 2017.

                                                                                              s/ Carlton W. Reeves
                                                                                              UNITED STATES DISTRICT JUDGE